UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**DENISE L. LENKIEWICZ,**           )
                                    )
      **Plaintiff,**          )
                                    )
      v.                      )   Civil Action No. 13-0261 (RCL)
                                    )
**SHAUN DONOVAN** *et al.***,**     )
                                    )
      **Defendants.**         )
_____ )

## ORDER

Having considered plaintiff's motion for an appointment of counsel in light of the factors set out at Local Civil Rule 83.11(b)(3), and finding an appointment warranted, it is by the Court this 29th day of August 2013,

**ORDERED** that plaintiff's motion for an appointment of counsel [Dkt. # 11] is **GRANTED**; it is further

**ORDERED** that the Clerk shall appoint counsel for plaintiff from the Court's Civil Pro Bono Panel; it is further

**ORDERED** that plaintiff's motion for an extension of time "to respond to any amended pleadings" [Dkt. #12] is **DENIED** as moot since no such pleadings are yet filed and the scheduling order in place is hereby stayed until the appointment process is completed.

                                                _____s/_____
                                                ROYCE C. LAMBERTH
                                                United States District Judge