UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE L. LENKIEWICZ,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN CASTRO, Secretary,<br>U.S. Department of Housing and<br>Urban Development<br><br>Defendant. | Civil Action No. 13-0261 (RCL)<br><br>**FILED**<br>JUL 3 1 2015<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

ORDER

Upon consideration of the plaintiff's Motion [56] for Summary Judgment, the defendant's Opposition [67], and the plaintiff's Reply [68], as well as the defendant's Motion [57] for Summary Judgment, the plaintiff's Opposition [64] and the defendant's Reply [72], it is hereby

**ORDERED** that the plaintiff's Motion [56] is **DENIED** and defendant's Motion [57] is **GRANTED IN PART** and **DENIED IN PART**. The defendant's motion is **GRANTED** with respect to the portions of Lenkiewicz's claim involving her 2009 relocation request, her 2009 request to telework, her 2009 request for a printer, her 2009 request for a parking space, and her termination. The defendant's motion is **DENIED** with respect to Lenkiewicz's December 22, 2010 request to telework. Genuine issues of material fact remain in dispute with regards to the portion of the plaintiff's claim concerning her December 2010 request to telework.

2

It is **SO ORDERED** this 31st day of July 2015.

*/s/ Royce C. Lamberth*
ROYCE C. LAMBERTH
United States District Judge