UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 31 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DENISE L. LENKIEWICZ, )
)
Plaintiff, )
) Civil Action No. 13-0261 (RCL)
v. )
)
JULIÁN CASTRO, Secretary, U.S. )
Department of Housing & Urban Development, )
)
Defendant. )

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Referral to Mediation, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Magistrate Judge ___Alan Kay___ is appointed to conduct mediation in this case; and it is further

**ORDERED** that subject to exceptions (1) – (3) of Local Civil Rule 84.9(c), which shall be exceptions to this Order to the same extent as they are exceptions to that Rule, the parties and their counsel are prohibited from disclosing any written or oral communications made in connection with or during any mediation session, and information acquired through mediation shall not be used for any purpose, including impeachment, in this or any other court or forum; and it is further

**ORDERED** that the mediation shall conclude on or before Sept. 30, 2015 unless leave of court is granted; and it is further

**ORDERED** that the parties shall file a joint status report no later than seven (7) days after the mediation concludes.

SO ORDERED on this 31st day of July, 2015.

_____
ROYCE C. LAMBERTH
United States District Judge