UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE L. LENKIEWICZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action 13-261 (RCL/AK)<br>JULIAN CASTRO, Secretary, )<br>U.S. Department of Housing and )<br>Urban Development, *et al.*, )<br>)<br>Defendants. )<br>) | |

## ORDER

The above captioned case was referred to the undersigned by the Honorable Royce C. Lamberth for the purpose of mediation to conclude by September 30, 2015. Accordingly, it is by the Court this 20th day of August, 2015, hereby

**ORDERED:**

1. The lead attorney(s) for the parties shall appear before the undersigned on September 14, 2015, at 2:00 p.m., in chambers [room 2333]. The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

2. The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary. If settlement statements are submitted, they should be e-mailed to Magistrate Judge Kay's career clerk at the following address: Deborah_Mulligan@dcd.uscourts.gov.

3. If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible and call chambers to select some alternative dates/times.

4. If the settlement conference must be rescheduled, the Court will require the attorney with the scheduling conflict to confirm the new date and time with the other attorneys and the Court.

5. In the event that a sign language interpreter is requested, the parties shall provide the Court with at least three weeks of notice prior to the mediation. The parties shall also notify the Court in advance if more than a total of ten persons will attend the mediation.

6. If the parties have any questions about the mediation, they may contact chambers at (202) 354-3030.

                                                /s/
                                      ALAN KAY
                                      UNITED STATES MAGISTRATE JUDGE