**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DENISE L. LENKIEWICZ**, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 13-0261 (RCL) |
| **JULIÁN CASTRO**, Secretary, U.S. Department of Housing & Urban Development, | ) ) ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT STATUS REPORT ON MEDIATION**

Plaintiff Denise L. Lenkiewicz and Defendant Julián Castro, Secretary, U.S. Department of Housing and Urban Development, jointly submit this status report pursuant to the Court's July 31, 2015 Order referring the matter to mediation.  (*See* ECF No. 80.)  Although mediation was conducted on September 16, 2015, no settlement was reached.  The parties consider the mediation concluded, as they do not expect that any other mediation sessions will be held before the September 30, 2015 deadline.  (*See id.*)

\*   \*   \*

2

Dated: September 22, 2015                                  Respectfully submitted,

RONALD C. MACHEN JR.,                                       By: */s/ J. Wells Harrell*
D.C. Bar #447889                                            J. Wells Harrell (D.C. Bar No. 995368)
United States Attorney                                      Evan E. North (D.C. Bar No. 995360)
for the District of Columbia                                BOIES, SCHILLER & FLEXNER LLP
                                                            5301 Wisconsin Avenue, N.W.
DANIEL F. VAN HORN, D.C. Bar #924092                        Washington, D.C. 20015
Civil Chief                                                 Tel: (202) 237-2727
                                                            Fax: (202) 237-6131
By: */s/ Carl E. Ross*                                      WHarrell@bsfllp.com
CARL EZEKIEL ROSS, D.C. Bar #492441                         ENorth@bsfllp.com
Assistant United States Attorney
Civil Division                                              *Attorneys for Plaintiff*
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2533
Fax: (202) 252-2505
Carl.Ross@usdoj.gov

*Attorneys for Defendant*